**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ELVIS PRESLEY SERRANO VASQUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **NO. SA-26-CV-5600-OLG** |
| v. | § | |
| | § | |
| **SYLVESTER M. ORTEGA *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 16. After initiating this action, he was granted pre-conclusion voluntary departure and "released from immigration detention to facilitate his departure." Dkt. No. 4; *see* Dkt. No. 4-1. Because the relief sought herein has been granted, this case is now moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on September 9, 2026.

ORLANDO L. GARCIA
United States District Judge